UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADAM AILION, individually and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHCARE SOLUTIONS TEAM, LLC and NATIONAL GENERAL HOLDINGS CORP.,<br><br>Defendants. | Civil Action No. 1:21-cv-06231<br><br>Hon. Harry D. Leinenweber |

**DEFENDANS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants Healthcare Solutions Team, LLC ("HST") and National General Holdings Corp. ("NatGen") bring this unopposed motion for an extension through March 11, 2022 to file their initial response to Plaintiff Adam Ailion's Amended Class Action Complaint ("Amended Complaint") based on the following grounds:

1. Mr. Ailion originally filed this action against HST and NatGen on November 19, 2021 ("Complaint"). HST and NatGen moved to dismiss the Complaint on December 20, 2022.

2. On January 18, 2022, Mr. Ailion's counsel contacted the undersigned counsel and requested HST and NatGen's consent to file an amended pleading under FRCP 15(a)(2).

3. On January 21, 2022, the undersigned counsel consented to Mr. Ailion's amended pleading under FRCP 15(a)(2) and requested 45 days to respond to the

amended pleading. On January 24, 2022, Mr. Ailion's counsel consented to HST and NatGen's request for additional time to respond.

4. Mr. Ailion filed an Amended Complaint on January 25, 2022.

5. HST and NatGen's response to the Amended Complaint is currently due on February 8, 2022. HST and NatGen require additional time to investigate the additional claims and factual allegations in the Amended Complaint.

6. Mr. Ailion will not be prejudiced by this short extension for HST and NatGen to respond to the Amended Complaint.

7. Undersigned counsel conferred with counsel for Mr. Ailion regarding this motion. Mr. Ailion does not oppose the relief sought herein.

WHEREFORE, for the reasons stated above, HST and NatGen respectfully request that the Court enter an order granting HST and NatGen an extension up to and including March 11, 2022 to file their answer or otherwise respond to the Amended Complaint.

Dated: February 4, 2022

Respectfully submitted,

/s/ Joshua D. Lee
Joshua D. Lee
Rodney Perry
John K. Theis
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: 312.471.8700
Facsimile: 312.471.8701

*Counsel for Defendants Healthcare Solutions Team, LLC and National General Holdings Corp.*