UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1 Eastern Division

Adam Ailion
                                        Plaintiff,
v.                                                      Case No.: 1:21−cv−06231
                                                        Honorable LaShonda A. Hunt

Healthcare Solutions Team, LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 12, 2024:

MINUTE entry before the Honorable LaShonda A. Hunt: Defendant Healthcare Solutions Team, LLC's motions to withdraw appearance of Joshua D. Lee [89] [92] are granted. The appearance of Joshua D. Lee of behalf of Defendant Healthcare Solutions Team, LLC is withdrawn. Counsel is reminded that all motions must be noticed for presentment in accordance with Judge Hunt's case management procedures. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.