# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| ADAM AILION, individually and on behalf of a class of others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>HEALTHCARE SOLUTIONS TEAM, LLC,<br><br>      Defendant. | Civil Action No. 1:21-cv-06231<br><br>Hon. LaShonda A. Hunt<br><br>Hon. Jeannice W. Appenteng |

### DECLARATION OF ADRIANA ROCK

I, Adriana Rock, hereby declare:

1.     I am National Lead Manager at Healthcare Solutions Team, LLC ("HST"). I have held this role since January 2009.

2.     As National Lead Manager, my relevant job responsibilities include agent support, managing aspects of LeadMaster, HST's customer relationship management database, and managing HST's internal do-not-call ("IDNC") list.

3.     I have personal knowledge of the facts stated herein, which are true and accurate to the best of my knowledge and belief based on my investigation into the matters addressed herein. If called as a witness, I would competently testify to these facts.

4.     The individuals and/or third-party agencies who market insurance products on behalf of HST and its clients are non-exclusive independent contractors (the "Independent Contractors/Third-Party Agencies"). The Independent

Contractors/Third-Party Agencies may place calls on behalf of companies other than HST and its carriers, including companies unaffiliated with HST. A template of the Agreement that HST enters into with these Independent Contractors/Third-Party Agencies is attached as Exhibit A.

5.    HST currently has a relationship with over 2,000 Independent Contractors/Third-Party Agencies.

6.    HST provides access to sales leads to certain of the Independent Contractors/Third-Party Agencies through LeadMaster. Independent Contractors/Third-Party Agencies may contact these sales leads and then indicate the disposition of any calls placed to the leads within LeadMaster. HST has access to the data within LeadMaster.

7.    HST does not require Independent Contractors/Third-Party Agencies to use sales leads provided through LeadMaster. Nor does HST control the method or means by which the Independent Contractors/Third-Party Agencies utilize the information provided through LeadMaster or when or how the Independent Contractors/Third-Party Agencies contact leads or potential customers, whether provided through LeadMaster or otherwise. HST does not, for example, provide dialing equipment to the Independent Contractors/Third-Party Agencies.

8.    The Independent Contractors/Third-Party Agencies may obtain and pursue sales leads from other sources, including from third-party sales lead aggregators and generators, without HST's involvement. For example, in this case,

the lead utilized by James Martelo to call Plaintiff was obtained from a third party and not provided by HST.

9.     HST does not own or have access to records from the phone numbers or dialing equipment used by HST Independent Contractors/Third-Party Agencies to telemarket products.     HST also does not own, have access to, or control the Independent Contractors/Third-Party Agencies' IDNC lists. Other than what is in HST LeadMaster, HST also does not own, have access to, or control the Independent Contractors/Third-Party Agencies' call data, files, or document systems. Independent Contractors/Third-Party Agencies are required to update HST LeadMaster when they receive a DNC request in connection with an HST provided lead.

10.     HST does not impose any scheduling requirements on the Independent Contractors/Third-Party Agencies or require that they make a minimum number of calls to leads.

11.     Independent Contractors/Third-Party Agencies are paid on a 1099 basis.

12.     HST does not provide office space, access to telephones, computers, or secretarial services to its Independent Contractors/Third-Party Agencies.

13.     To the extent that HST is required to contact the over 2,000 Independent Contractors/Third-Party Agencies to obtain the information that I understand Plaintiff is seeking in this case (i.e., all of the Independent Contractor/Third-Party Agencies' call data, lead information, IDNC information, and third-party contract information), that would require immense amount of time, expense, and effort. HST has approximately 30 employees. Several of those employees would need to divert the

– 3 –

majority of their time to seeking the data from the Independent Contractors/Third-Party Agencies, responding to any questions from the Independent Contractors/Third-Party Agencies, and organizing and categorizing any data provided by them. This review would also include culling the data to target responsive information, given that Independent Contractors/Third-Party Agencies may pursue leads and place calls on behalf of companies other than HST and the carriers with which HST has a contractual relationship.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8th, 2024 in DuPage County, Illinois.

Adriana Rock
National Lead Manager
Healthcare Solutions Team, LLC

- 4 -