## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Adam Ailion

                                Plaintiff,

v.                                             Case No.: 1:21–cv–06231
                                            Honorable LaShonda A. Hunt

Healthcare Solutions Team, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2024:

      MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the parties' 7/8/2024 joint status report [150]. Defendant's motion to quash [106] is terminated as moot. Plaintiff's motion to compel NatGen [114] remains under advisement. Regarding ESI, the parties have engaged in discovery for over one year now and have yet to finalize an ESI protocol. The status report indicates that the parties have a list of agreed–upon custodians (that is not exhaustive) but do not have agreement on search terms. By 7/25/2024, the parties shall finalize their search terms and defendant shall begin rolling production of ESI material using the current list of agreed–upon custodians. Fact discovery shall close on 10/11/2024. In–person status hearing set for 7/29/2024 at 10:00 a.m. For the reasons stated in the accompanying order, defendant's motion to clarify or for reconsideration [151] is granted in part and denied in part. Specifically, regarding RFP No. 14, upon review of the 6/13/2024 hearing transcript, the Court clarifies and orders the following: to the extent there are any third parties that generate leads for defendant, defendant shall contact those third parties and obtain any form contracts *executed* between those third parties and *defendant*. Defendant's motion is denied in all other respects, for the reasons stated in the accompanying order, and defendant shall begin producing documents no later than 7/25/2024. The Court has not issued a stay of discovery and defendant has not cited any authority stating that discovery obligations are automatically relieved while a motion for reconsideration or objections to a magistrate judge's discovery ruling is pending. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.