IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADAM AILION, individually and on behalf of a class of others similarly situated,<br>   Plaintiff,<br><br>  v.<br><br>HEALTHCARE SOLUTIONS TEAM, LLC,<br>   Defendant. | Case No. 1:21-cv-06231<br><br><br><br>Hon. Judge LaShonda A. Hunt<br>Hon. Mag. Judge Jeannice W. Appenteng |

**UNOPPOSED MOTION FOR EXTENSION**

Plaintiff respectfully asks that the Court grant him a week extension to submit a fee request pursuant to the Court's order of September 5, 2024, Dkt. 173. In support, Plaintiff states as follows:

1. This class action alleges that calls made by or on behalf of Defendant HST violated the Telephone Consumer Protection Act's ("TCPA") internal do-not-call regulations, 47 C.F.R. § 64.1200(d), for which Plaintiff seeks monetary damages and injunctive relief under 47 U.S.C. § 227(c)(5).

2. On September 5, 2024, the Court ordered Defendant HST "to pay plaintiff's attorney fees for preparing and filing his status report, Dkt. 161, and his position on the rule to show cause, Dkt. 167." Dkt. 173. The Court further directed Plaintiff to submit a fee request by September 13, 2024, and that any objections by HST are due by September 20, 2024. *Id.* Plaintiff reports that he is conferring with HST about submitting a stipulation as to fees responsive to the Court's order, to obviate the need for potentially contested briefing.

3. In light of the parties' discussions and the benefit of avoiding substantive motion practice if the parties can reach agreement, Plaintiff respectfully requests a week extension to

provide time for the parties to complete their discussions, and for Plaintiff to either file a fee request or a stipulation as to the fee amount.

4. Plaintiff has conferred with HST concerning this motion through counsel, who indicated that HST does not oppose the relief requested herein.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully asks that the Court extend his deadline to submit a fee request or stipulation as to Dkt. 173 by a week, up to and including September 20, 2024, and grant such other and further relief the Court deems reasonable and just.

Dated: September 13, 2024

Respectfully submitted,

ADAM AILION, individually and on behalf of a class of others similarly situated

By: */s/ Daniel J. Marovitch*
Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
909 Davis St., Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 13, 2024, a copy of the foregoing motion was filed via this Court's CM/ECF system which shall provide notice to all counsel of record.

                                                                   */s/ Daniel J. Marovitch*